## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESUS OROZCO ARROYO, | : | **CIVIL NO.: 4:19-CV-00490** |
| | : | |
| Petitioner, | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | (Chief Magistrate Judge Schwab) |
| WARDEN CLAIR DOLL, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## **ORDER**
March 22, 2019

**IT IS ORDERED** that:

1.      The petitioner having paid the filing fee the petition is now DEEMED filed.

2.      The respondent shall show cause on or before **April 12, 2019** why the petitioner should not be granted habeas corpus relief;

3.      The petitioner may file a reply to the response to the show cause order within 14 days of its filing;

4.      A determination as to whether the petitioner shall be produced for a hearing will be held in abeyance pending the filing of a response;

5.  The Clerk is directed to serve a copy of the petition and this Order on the United States Attorney and to note the address of the United States Attorney on the front of the docket sheet in this case.  All documents filed by the parties and by the court shall be served upon the United States Attorney.


*S/Susan E. Schwab*
Susan E. Schwab
United States Chief Magistrate Judge