UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESUS OROZCO ARROYO, | : | 4:19-CV-00490 |
| | : | |
| Petitioner | : | (Judge Brann) |
| | : | |
| | : | (Chief Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| WARDEN CLAIR DOLL, *et al.*, | : | |
| | : | |
| Respondents | : | |

## ORDER
May 14, 2019

**IT IS ORDERED** that the respondents shall file, on or before **May 28, 2019**, a supplemental response addressing Arroyo's contention that he is not subject to mandatory detention because neither his conviction for theft by unlawful taking nor his conviction for possession of drug paraphernalia triggers the mandatory-detention provision of 8 U.S.C. § 1226(c).  Arroyo may file a reply within 14 days after the respondents file their supplemental response.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge