UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESUS OROZCO ARROYO, | : | 4:19-CV-00490 |
| | : | |
| Petitioner | : | (Judge Brann) |
| | : | |
| | : | (Chief Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| WARDEN CLAIR DOLL, *et al.*, | : | |
| | : | |
| Respondents | : | |

## ORDER
June 28, 2019

**IT IS ORDERED** that the petitioner may file, on or before **July 12, 2019**, a second supplemental reply to the respondents' second supplemental response to his petition for a writ of habeas corpus.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge