# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JESUS OROZCO ARROYO,

Petitioner,

v.

WARDEN CLAIR DOLL, *et al.*,

Respondents.

No. 4:19-CV-00490

(Judge Brann)

(Chief Magistrate Judge Schwab)

## ORDER

### NOVEMBER 19, 2019

Jesus Orozco Arroyo, an individual currently detained by the United States Department of Homeland Security, Immigration and Customs Enforcement, filed this 28 U.S.C. § 2241 petition challenging his order of removal from the United States and seeking a bond hearing pending the completion of his removal proceedings.[1] After several rounds of supplemental briefing,[2] on October 10, 2019, Chief Magistrate Judge Susan E. Schwab issued a Report and Recommendation recommending that this Court grant in part and deny in part Arroyo's petition.[3]

Chief Magistrate Judge Schwab recommends denying Arroyo's claims related to his order of removal.[4] However, relying on the United States Court of Appeals

---

[1] Doc. 1.
[2] Docs. 6, 7, 9, 11, 15.
[3] Doc. 17.
[4] *Id.* at 9-10.

for the Third Circuit's decisions in *Diop v. ICE/Homeland Security*[5] and *Chavez-Alvarez v. Warden York Cty. Prison*,[6] Chief Magistrate Judge Schwab recommends granting the petition to the extent that Arroyo seeks a bond hearing.[7] No timely objections were filed to this Report and Recommendation.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[8] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[9] After reviewing the record, the Court finds no error—clear or otherwise—in Chief Magistrate Judge Schwab's conclusion this Court lacks jurisdiction to consider a challenge to Arroyo's order of removal, or in the recommendation that this Court direct an immigration judge to conduct a bond hearing in accordance with *Chavez-Alvarez*. Consequently, **IT IS HEREBY ORDERED** that:

    1.    Chief Magistrate Judge Susan E. Schwab's Report and Recommendation (Doc. 17), is **ADOPTED**;

---

[5]    656 F.3d 221, 233 (3d Cir. 2011).
[6]    783 F.3d 469, 478 (3d Cir. 2015).
[7]    Doc. 17 at 11-22.
[8]    Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).
[9]    28 U.S.C. § 636(b)(1); Local Rule 72.31.

2.      Respondents Simona Flores, Ronald D. Vitiello, and Kirstjen Nielsen are **DISMISSED** from this action;

3.      Arroyo's 28 U.S.C. § 2241 petition (Doc. 1) is **DISMISSED** in part and **GRANTED** in part.   The petition is dismissed for lack of jurisdiction to the extent that it seeks review of Arroyo's underlying order of dismissal, but granted to the extent that Arroyo seeks a bond hearing; and

4.      Within twenty-one days of the date of this Order, the Government **SHALL PROVIDE** Arroyo a bond hearing at which it "bears the burden of proving that his continued detention is necessary to fulfill the purposes of the detention statute."[10]

5.      The Clerk is directed to close this case.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[10]   *Diop*, 656 F.3d at 233.